UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:

RAFAEL LUGO,

    Plaintiff,

v.                                                        COMPLAINT

THE UNITED STATES OF
AMERICA,

    Defendant.
_____

Comes now the Plaintiff, RAFAEL LUGO and sues THE UNITED STATES OF AMERICA, and alleges as follows:

1.  This action arises under the Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq.*, This court has jurisdiction pursuant to 28 U.S.C. §1346(b)(1).

2.  On October 21, 2009, James E. Moyer was an employee of the United Sates acting with the scope of his office or employment with the United States Department of Homeland Security, Customs and Border Protection Service, when he negligently drove a motor vehicle and caused his vehicle to collide with Plaintiff's vehicle.

JAY M. LEVY, P.A. • Suite 1010 • Dadeland Centre II • 9150 South Dadeland Boulevard
Miami, FL 33156 • TEL 305 670 8100 • FAX 305 670 4827 • jay@jaylevylaw.com

3. Plaintiff has complied with any and all conditions precedent to this action including any administrative requirements imposed by the Federal Tort Claims Act, 28 U.S.C. § 2671.

4. As a direct and proximate result of the negligence of James E. Moyer, Plaintiff was physically injured, lost wages or income, suffered physical and mental pain and suffering, and incurred medical expenses, all totaling in excess of $75,000.00.

**WHEREFORE**, Plaintiff demands judgment be entered against Defendant for compensatory damages, costs, and such other relief as the Court deems just and proper.

Date: October 14, 2011

        James J. Traitz, LLC.
        9155 South Dadeland Boulevard
        Suite 1014
        Miami, Florida, 33156
        jtraitz@traitzlaw.com
        Tel: 305.670.1405

        &

        /s/
        JAY M. LEVY, P.A.
        Attorneys for Plaintiff
        9150 South Dadeland Boulevard
        Suite 1010
        Miami, Florida 33156
        jay@jaylevylaw.com
        Tel:  305.670.8100
        FLA. BAR NO. 219754