UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-23752-Civ-COOKE/TURNOFF

RAFAEL LUGO,

    Plaintiff

vs.

UNITED STATES OF AMERICA,

    Defendant.

_____/

## ORDER CONSOLIDATING CASES

THIS CASE is before me on Defendant United States of America's (the "Government") Unopposed Motion to Consolidate *Edwin Torres, et al., v. United States of America*, Case No. 11-23711-Civ-MGC (ECF No. 7) and *Rafael Lugo v. United States of America*, Case No. 11-23752-Civ-MGC (ECF No. 6). Having considered the Government's motions and the record of both cases, I find the two actions to be related as they involve substantially the same transaction and parties. Both cases involve a motor vehicle accident in which Edwin Torres and Rafael Lugo were simultaneously injured. Accordingly, I **ORDER and ADJUDGE** that the two actions are hereby consolidated. All future filings shall be filed in Case No. 11-23711. A Consolidated Amended Complaint shall be filed in Case No. 11-23711 within thirty (30) days from the date of this Order. The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in chambers at Miami, Florida, this 26th day of January 2012.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*